NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IPR LICENSING, INC.,**
*Appellant*

v.

**ZTE CORPORATION, ZTE (USA) INC., MICROSOFT CORPORATION,**
*Appellees*

---

2016-1374, -1443

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00525, IPR2015-00074.

---

**ON MOTION**

---

**CORRECTED O R D E R**

Appellees ZTE (USA) Inc., and ZTE Corporation move without opposition to extend time to file their principal brief by 60 days, until August 12, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                            FOR THE COURT

                                            /s/ Peter R. Marksteiner
                                            Peter R. Marksteiner
                                            Clerk of Court